FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 21 2010

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROOSEVELT MONTGOMERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:10-CV-1114 |
| ) | |
| BAC HOME LOANS SERVICING ) | |
| LP, BANK OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING ADMINISTRATIVE TERMINATION

Plaintiff Roosevelt Montgomery and Defendants Bank of America Corporation and BAC Home Loans Servicing, LP (collectively, the "Parties") moved the Court for an Order administratively terminating the above-captioned lawsuit. The Court has considered the Parties' Motion and concludes that it has shown good cause for the Court to administratively terminate the above-captioned lawsuit.

Accordingly, the Court hereby **GRANTS** the Parties' Joint Consent Motion for Administrative Termination of the above-captioned lawsuit. The Court hereby directs the clerk to administratively terminate the above-captioned lawsuit. Plaintiff may file a second lawsuit should he or she choose consistent with state and/or federal law.

**SO ORDERED**, this 21st day of April, 2010.

*[Signature]*

Honorable Timothy C. Batten, Sr.
Judge, United States District Court
Northern District of Georgia

Ordered Prepared and Consented to by:

/s J. Thomas Howell
J. Thomas Howell
**McCalla Raymer, LLC**
Six Concourse Parkway, Suite 3200
Atlanta, GA 30328
(678) 281-3959 (Telephone)
(678) 281-6501 (Facsimile)
jth@mccallaraymer.com (Email)
*Counsel for Bank of America Corporation
and BAC Home Loans Servicing, LP*


Consented to by:

/s LaXavier Reddick Hood
LaXavier Reddick Hood
**L.R. Hood and Associates, LLC**
P. O. Box 451035
Atlanta, Georgia 31145
404-751-5070 (Telephone)
(404) 751-5071 (Facsimile)
lrhoodteam@yahoo.com (Email)
*Counsel for Roosevelt Montgomery*